**Seth H. Row**, OSB # 021845
srow@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone: (503) 222-1812
Facsimile: (503) 274-7979
*Attorneys for Plaintiff Anderson Brothers, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **ANDERSON BROTHERS, INC.,** an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** a Minnesota insurance company,<br><br>Defendant. | Case No: 11-CV-00137-MO<br><br>**STIPULATED ORDER GRANTING PLAINTIFF ANDERSON BROTHERS, INC.'S MOTION FOR ATTORNEY FEES & BILL OF COSTS** |

Based on the Stipulated Final Judgment (Ct. Rec. 63) and the further stipulation of counsel for the respective parties, it is hereby

ORDERED that plaintiff's motion for attorney fees (Ct. Rec. 64) is GRANTED IN PART and plaintiff is awarded $50,576.81 in attorney fees.

Based upon the stipulation of counsel for the respective parties, plaintiff's Bill of Costs (Ct. Rec. 67) is hereby ALLOWED IN FULL and costs shall be taxed in favor of plaintiff in the amount of $966.12.

The Clerk of the Court shall forthwith enter a supplemental judgment in the amount of

Page 1 – **STIPULATED ORDER GRANTING PLAINTIFF ANDERSON BROTHERS, INC.'S MOTION FOR ATTORNEY FEES & BILL OF COSTS**

$50,576.81 and shall take all other acts necessary to effectuate the stipulation of the parties to entry of this Order.

DATED this ___ day of May, 2012.

Michael W. Mosman
District Court Judge

IT IS SO STIPULATED:

*/s/ Seth H. Row*
Seth H. Row, OSB No. 021845
*Attorneys for Plaintiff Anderson Brothers, Inc.*

*/s Andrew Moses (authorized via email 5/17/2012)*
Andrew Moses, OSB No. 983009
*Attorneys for Defendant St. Paul Fire
and Marine Insurance Company*